■ Patricia Chesnard, Respondent, v. Thomas Chesnard, Appellant.— In an action for divorce, defendant appeals from so much of an order of the

Supreme Court, Westchester County, dated August 21, 1972, as, upon reargument, adhered to the original decision and awarded plaintiff temporary alimony, child support and a counsel fee; directed defendant to pay all expenses in connection with maintaining the marital home; and denied his cross motion to compel a sale of the marital home. Order affirmed insofar as appealed from, with $10 costs and disbursements (*Bogut v. Bogut*, 38 A D 2d 829). Martuscello, Acting P. J., Shapiro, Gulotta, Christ and Benjamin, JJ., concur.